**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 6, 2015.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-15-00534-CV

**CHARLES G. SHOOK, Appellant**

**V.**

**RICK HALL AND TOMMY YOCHAM, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF FLARE WELL TESTERS, INC.,**
**Appellees**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28269**

## M E M O R A N D U M   O P I N I O N

This is an appeal from orders signed May 27, 2015. On July 21, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.